JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER, WINTON & ASSOCIATES, INC.,

Plaintiff,

v.

NIAGARA BOTTLING, LLC,

Defendants.

AND RELATED THIRD-PARTY CLAIMS.

Case No. 2:24-cv-07206-AB-BFM

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: October 5, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE